UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STANLEY KYLE BUTTS,<br><br>Defendant. | Case No. 25-30376<br>Magistrate Judge Elizabeth A. Stafford |

## ORDER STRIKING MOTION TO QUASH

Defendant Stanley Kyle Butts is charged in a complaint with making a false statement in application and use of a passport, in violation of 18 U.S.C. § 1542.  ECF No. 1.  Acting pro se, Butts moved to quash "Count I of the Information."  ECF No. 11, PageID.21.  Butts is represented by counsel, and courts "do not consider [ ] arguments raised by a *pro se* defendant when that defendant is represented by counsel." *United States v. Montgomery*, 592 F. App'x 411, 416 (6th Cir. 2014); *see also United States v. McGowan*, No. 18-20804, 2022 WL 4002890, at *3 (E.D. Mich. Sept. 1, 2022) ("District courts have discretion to not consider pro se motions filed by defendants represented by counsel.").

So the Court **STRIKES** Butts pro se motion, ECF No. 11.

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
Dated: July 7, 2025                     United States Magistrate Judge

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file
objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The
district judge may sustain an objection only if the order is clearly erroneous
or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a
magistrate judge's ruling on a non-dispositive motion, the ruling
remains in full force and effect unless and until it is stayed by the
magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel
of record and any unrepresented parties via the Court's ECF System to
their email or First Class U.S. mail addresses disclosed on the Notice of
Electronic Filing on July 7, 2025.

s/Davon Allen
DAVON ALLEN
Case Manager

2